IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-cr-30054-SMY |
| | ) |
| KEON BUTLER, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

On July 19, 2018, Defendant Keon Butler was sentenced to 151 months imprisonment after being found guilty of distributing 1.6 grams of crack cocaine (the sentence was reduced to 100 months imprisonment on November 14, 2019) (Doc. 58, 68). According to the Bureau of Prisons inmate locator, Butler is currently housed at Pekin FCI in Pekin, Illinois, and his projected release date is April 18, 2025. *See,* https://www.bop.gov/inmateloc/ (last visited August 8, 2022). As of August 9, 2022, Pekin FCI has 1 inmate and 1 staff member with COVID-19. *See,* https://www.bop.gov/coronavirus/ (last visited August 9, 2022). Since the beginning of the pandemic, Pekin FCI has had no inmate or staff deaths from COVID-19, and 789 inmates and 115 staff members have recovered from the virus. *Id*.

Now pending before the Court is Butler's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and Request of Appointment of Counsel. (Doc. 83). The Government has responded in opposition. (Doc. 86). For the following reasons, the motion is **DENIED**.

Butler is 40 years old and asserts that he has several medical conditions that increase his risk of severe illness or death if he were to contract COVID-19, including obesity with a Body-

Mass Index of 42, gout, high blood pressure, pre-diabetes, and ADHD (Doc. 83). He is vaccinated against the virus, having received an initial dose of the Moderna Vaccine on October 19, 2021 and a second dose on November 19, 2021 (Doc. 86). He claims to have experienced an allergic reaction to the COVID-19 vaccination (Doc. 83).

Section 603 (b)(1) of the First Step Act permits the Court to reduce a term of imprisonment upon motion of either the Director of the Bureau of Prisons ("BOP") or a defendant for "extraordinary or compelling reasons" so long as the reduction is "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3562(c)(1)(A)(i). "For the many prisoners who seek release based on the special risks created by COVID19 for people living in close quarters, vaccines offer relief far more effective than a judicial order." *United States v. Broadfield* 5 F.4th 801, 803 (7th Cir. 2021). Thus, unless a prisoner can prove that he is "unable to receive or benefit from a vaccine," the widespread availability of COVID-19 vaccination prevents the risk of the virus from being an "extraordinary and compelling reason for immediate release." *Id*. (*See also*, *United States v. Ugbah*, 4 F.4th 595 (7th Cir. 2021)).

While Butler alleges that he is at an increased risk of contracting COVID-19 due to his preexisting medical conditions and claims that he suffered an allergic reaction to the COVID-19 vaccination, he has not established that he is unable to benefit from the vaccinations he received. He was fully vaccinated on November 19, 2021. As such, he is at no higher risk for severe illness or death from the virus in prison than he would be if he were to be released. *See*, *United States v. Barbee*, 25 F.4th 531, 533 (7th Cir. 2022); *United States v. Clinton*, 22-1005, 2022 WL 2298178, at *1 (7th Cir. June 27, 2022).

For the foregoing reasons, Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. §3582(c)(1)(A) (Doc. 83) is **DENIED**.  The Request for of Appointment of Counsel (Doc. 83) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

DATED: September 13, 2022

**STACI M. YANDLE**
**United States District Judge**